UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| TYLER SAUCIER, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>MICHAEL J. ASTRUE. )<br>COMMISIONER OF SOCIAL )<br>SECURITY )<br>    Defendant. ) | Civil No. 1:11-cv-00411-NT |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 28, 2012 his Recommended Decision (ECF No. 18). The Defendant filed his Objection to the Recommended Decision (ECF No. 19) on October 12, 2012. The Plaintiff filed his Response to the Defendant's objections (ECF No. 20) on October 26, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge is hereby AFFIRMED;

2. The Commissioner's decision is VACATED and REMANDED for further proceedings consistent with this opinion; and

3. The Commissioner's motion for Oral Argument is DENIED.

SO ORDERED.

/s/ Nancy Torresen
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 6th day of November, 2012